**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of AMRAMP, LLC, Plaintiff<br><br>v.<br><br>CLEARY VENTURES, INC., AND<br><br>MICHAEL CLEAR, Defendants | Case Number: FILED: AUGUST 14, 2008<br>08CV4634<br>JUDGE LEINENWEBER<br>MAGISTRATE JUDGE COX<br>TC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

AMRAMP, LLC

| |
|---|
| NAME (Type or print)<br>       Jodi Rosen Wine |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       /s/Jodi Rosen Wine |
| FIRM   NIXON PEABODY LLP |
| STREET ADDRESS    161 NORTH CLARK STREET, 48TH FLOOR |
| CITY/STATE/ZIP    CHICAGO, ILLINOIS  60601-3213 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    6209883   |   TELEPHONE NUMBER    312-425-3900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br> RETAINED COUNSEL             APPOINTED COUNSEL |