IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| AMRAMP, LLC, ) ) ) | ) ) ) |
| Plaintiff, ) | Civil Action No. 08 CV 4634 |
| v. ) | Judge Harry D. Leinenweber |
| ) | Magistrate Judge Susan E. Cox |
| CLEARY VENTURES, INC and MICHAEL CLEARY, ) ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 27, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff and Defendants shall appear before the Honorable Harry D. Leinenweber or any Judge sitting in his stead in Room 1941 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and present the attached **Joint Motion For Entry Of Consent Decree**, a copy of which is hereby served upon you.

Dated: August 19, 2008

AMRAMP, LLC

By:  s/Jodi Rosen Wine
      One of its attorneys

Jodi Rosen Wine
jwine@nixonpeabody.com
Nixon Peabody, LLP
161 North Clark Street, 48th Floor
Chicago, IL 60601
(312) 425-3900

11121942.1

## CERTIFICATE OF SERVICE

The undersigned certifies that Plaintiff's **Notice of Motion** and **Joint Motion For Entry Of Consent Decree** were filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, this document was served on counsel below, who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.9.

Jonathan M. Cyrluk (jcyrluk@stetleranduffy.com)
Henry M. Baskerville (hbasker@stetleranduffy.com)
STETLER & DUFFY, LTD.
11 S. LaSalle Street, Suite 1200
Chicago, IL, 60603
Tel:   (312) 338-0200
Fax:   (312) 338-0070

          s/Jodi Rosen Wine
          Attorney for Plaintiff
          AMRAMP, LLC

11121942.1