# United States District Court, Northern District of Illinois

*H HN*

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4634 | **DATE** | 8/27/2008 |
| **CASE TITLE** | AMRAMP, LLC vs. Cleary Ventures, Inc., et al | | |

**DOCKET ENTRY TEXT**

The Joint Motion for Entry of Consent Decree is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP

2008 SEP -4 AM 8:20